UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br><br>         Plaintiff<br><br>   v.<br><br>REUBART et al.,<br><br>         Defendants | Case No.  2:19-cv-00739-GMN-NJK<br><br>ORDER |

The Court extends the stay until two days after the inmate early mediation conference takes place.  The status report is also due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery.  Further, the parties are not required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until two days after the inmate early mediation conference.

It is further ordered that the Office of the Attorney General will file the report form regarding the results of the stay no later than two days after the inmate early mediation conference.

DATED:  June 30, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE