# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

XIAOYE BAI,

    Plaintiff(s),

v.

REUBART, et al.,

    Defendant(s).

Case No.: 2:19-cv-00739-GMN-NJK

**ORDER**

[Docket No. 16]

Pending before the Court is Plaintiff's motion to order the U.S. Marshals to serve summonses on Defendants. Docket No. 16.

The Court previously issued an order directing the Office of the Attorney General of the State of Nevada ("Attorney General") to file under seal, no later than November 3, 2020, the last-known address for any of the defendants for whom the Attorney General cannot accept service. Docket No. 15 at 2. The Court explained that, "[i]f service cannot be accepted for any of the named defendant(s), Plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s)." *Id.* The Attorney General's deadline to comply with the Court's order has not expired.

Accordingly, Plaintiff's motion to order the U.S. Marshals to serve summonses on Defendants is **DENIED** as premature. Docket No. 16.

IT IS SO ORDERED.

Dated: October 21, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge