1

2

3

4

5                        **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7

8    XIAOYE BAI,                                  Case No.: 2:19-cv-00739-GMN-NJK

9           Plaintiff(s),                                    **ORDER**

10   v.                                                 [Docket No. 24]

11   REUBART, et al.,

12          Defendant(s).

13        Pending before the Court is Plaintiff's motion to serve Defendants Clark and Hammel.

14   Docket No. 24.  No response was filed.

15        In the order screening the complaint, the Court determined that claims against Defendants

16   Clark and Hammel could proceed.  Docket No. 4.  The Attorney General's Office was ordered to

17   "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it

18   accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the

19   names of the defendants for whom it is filing the last-known-address information under seal."

20   Docket No. 15 at 2.  The Attorney General's Office indicated that it would not accept service for

21   Defendants Clark and Hammel, and provided their last known addresses under seal.  Docket Nos.

22   21, 22.

23        Plaintiff's motion for service on Defendants Clark and Hammel is **GRANTED**.  The U.S.

24   Marshal shall serve Defendants Clark and Hammel.  The Court therefore **ORDERS** as follows:

25        • The Clerk's Office is instructed to mail Plaintiff two blank copies of the USM-285

26          form.

27        • Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required

28          USM-285 forms (with Defendants' addresses omitted).

1

- The Clerk's Office shall issue summons to Defendants Clark and Hammel under seal, and deliver the complaint and that summons to the U.S. Marshal for service.

- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file notices identifying whether Defendants Clark and Hammel were served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

- Defendants' addresses shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

Dated: November 23, 2020

_____
Nancy J. Koppe
United States Magistrate Judge