# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>REUBART, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00739-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 31] |

　　　　Pending before the Court is Plaintiff's motion for the Clerk's Office to send him forms as ordered. Docket No. 31. Plaintiff's filing of a notice the next day evidences that he has since received those forms. Docket No. 32. Accordingly, the pending motion is **DENIED** as moot.

　　　　IT IS SO ORDERED.

　　　　Dated: December 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge