UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br>　　　Plaintiff(s),<br>v.<br>REUBART, et al.,<br>　　　Defendant(s). | Case No.: 2:19-cv-00739-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 39] |

Pending before the Court is Plaintiff's motion to extend the deadlines in the scheduling order. Docket No. 39. Among other reasons provided, Plaintiff explains that he needs additional time to engage in the discovery process given that he is a *pro se* prisoner. *See id.* Defendants did not respond to the motion. For good cause shown, the motion to extend is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties: April 12, 2021
- Discovery cutoff: May 12, 2021
- Discovery motions: May 26, 2021
- Dispositive motions: June 14, 2021
- Joint pretrial order: July 14, 2021, or 30 days after resolution of any dispositive motions

1

**Discovery should proceed at this time.**  The Court will not be inclined to allow further extensions on the basis that Plaintiff was waiting to conduct discovery based on the pendency of a motion.

IT IS SO ORDERED.

Dated: January 27, 2021

_____
Nancy J. Koppe
United States Magistrate Judge