UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br>    Plaintiff(s),<br>v.<br>REUBART, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00739-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 42] |

Pending before the Court is Plaintiff's letter to the Clerk's Office. Docket No. 42. As the Court has already explained in this case, the Clerk's Office does not respond to letters and, instead, all requests must be filed in the form of a motion. Docket No. 2 at 2.

Moreover, Plaintiff's letter raises concern that the Court has not been issuing orders by the dates listed on the docket for a "response." Docket No. 42. The Court has already addressed this issue with Plaintiff:

> To avoid future confusion, the Court will make clear herein that the "response" deadline automatically generated by CM/ECF refers to the deadline for the opposing party to respond to a motion. It does not refer to the date by which the movant can expect the issuance of a ruling from the Court resolving the motion.

Docket No. 30 at 1 n.1. The Court reiterates that the referenced dates on the docket <u>do not</u> provide a schedule by which orders will issue. Given the Court's other workload, it may take months before an order is issued on any particular motion or request. Moving forward, Plaintiff must

refrain from seeking a status update from the Court on pending motions. *See, e.g.*, Docket No. 2 at 2.

IT IS SO ORDERED.

Dated: January 27, 2021

_____
Nancy J. Koppe
United States Magistrate Judge