# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br>      Plaintiff(s),<br>v.<br>REUBART, et al.,<br>      Defendant(s). | Case No.: 2:19-cv-00739-GMN-NJK<br>**ORDER**<br>[Docket No. 47] |

Pending before the Court is Plaintiff's request for a status update on various motions. Docket No. 47. It appears that Plaintiff's request crossed in the mail with the orders that he was seeking. *See* Docket Nos. 43-46. Accordingly, the request for a status update is **DENIED** as moot.

Moreover, the Court reiterates that litigants must refrain from seeking status updates from the Court. *See, e.g.*, Docket No. 46.

IT IS SO ORDERED.

Dated: January 29, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge