# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>REUBART, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00739-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 55] |

Pending before the Court is Plaintiff's letter to defense counsel requesting a meet-and-confer. Docket No. 55. Such discussions should be between Plaintiff and defense counsel; they should not be filed on the docket. *Cf.* Local Rule 26-7. Accordingly, the letter at Docket No. 55 is **STRICKEN**. Plaintiff is instructed moving forward to send correspondence related to meet-and-confer efforts directly to defense counsel and <u>not</u> to file such correspondence on the docket unless it is attached to a discovery motion seeking relief from the Court.

IT IS SO ORDERED.

Dated: February 26, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1