# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br><br>    Plaintiff(s),<br><br>v.<br><br>REUBART, et al.,<br><br>    Defendant(s). | Case No. 2:19-cv-00739-GMN-NJK<br><br>**Order**<br><br>[Docket No. 74] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff and subsequent deadlines. Docket No. 74.[1] Defendants filed a notice of non-opposition. Docket No. 76. The parties attest that more time is needed for discovery in light of cooperative efforts to resolve disputes. *See id.* at 2. For good cause shown, the motion to extend is **GRANTED**.

Deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties:  Closed
- Discovery cutoff:  August 11, 2021
- Discovery motions:  August 25, 2021
- Dispositive motions:  September 12, 2021
- Joint proposed pretrial order:  October 14, 2021, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 26, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] As Plaintiff is proceeding without an attorney, the Court construes his filings liberally. *E.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1