# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br>　　　Plaintiff(s),<br>v.<br>REUBART, et al.,<br>　　　Defendant(s). | Case No. 2:19-cv-00739-GMN-NJK<br>**ORDER**<br>[Docket No. 86] |

Pending before the Court is Plaintiff's motion for copies.  Docket No. 86.

First, Plaintiff seeks a copy of Defendants' motion filed at Docket No. 81.  Given Plaintiff's representation that he never received a copy of that filing, the Court **ORDERS** Defendants to promptly serve a copy on Plaintiff.

Second, Plaintiff seeks a copy of the docket in order to file a motion and/or a status report. Regardless of whether Plaintiff is appearing *in forma pauperis* and regardless of whether he is proceeding *pro se*, he is ultimately responsible for keeping track of filings and of the progress of the case.[1]  <u>As a one-time courtesy</u>, however, the Court will **INSTRUCT** the Clerk's Office to send a copy of the public docket to Plaintiff.

Accordingly, Plaintiff's motion for copies is **GRANTED** as stated above.

IT IS SO ORDERED.

Dated: September 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff invokes Local Rule 10-1, which requires a party seeking a copy of a filing to submit an additional copy to the Clerk's Office.  That rule is not implicated in the current circumstances.

1