UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br><br>    Plaintiff(s),<br><br>v.<br><br>REUBART, et al.,<br><br>    Defendant(s). | Case No. 2:19-cv-00739-GMN-NJK<br><br>**NOTICE** |

The Court held a settlement conference at which a settlement was reached. The Court issues this notice to remind the parties and counsel of the importance of seeking relief that impacts the settlement conference proceeding *prior* to the settlement conference. For example, should a party or counsel believe that the attendance of an otherwise required participant would not advance the potential for settlement, the proper vehicle for seeking to excuse that person's attendance is to file a request on the docket promptly after the settlement conference has been set. *See* Docket No. 99 at 2 ("Any request for an exception to the above attendance requirements must be filed and served on all parties within 14 days of the issuance of this order"). As another example, should a party or counsel believe that the scope of the issues addressed at the settlement conference should be anything other than the claims and defenses in the case, the proper means for raising that issue is to consult with the opposing party and to file an appropriate request on the docket so that the Court can determine whether to grant that request and the Court can prepare itself for the settlement conference if the scope is altered.

    IT IS SO ORDERED.

    Dated: February 10, 2022

                                                    Nancy J. Koppe<br>
                                                    United States Magistrate Judge